No. 09-8943. Manuel Fajardo-Jimenez, Petitioner v. Eric H. Holder, Jr., Attorney General.

559 U.S. 1041, 130 S. Ct. 2071, 176 L. Ed. 2d 422, 2010 U.S. LEXIS 2829.

March 29, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Fifth Circuit denied.

Same case below, 348 Fed. Appx. 16.

No. 09-8951. Catherine Wanjiku Kabui, Petitioner v. Eric H. Holder, Jr., Attorney General.

559 U.S. 1041, 130 S. Ct. 2071, 176 L. Ed. 2d 422, 2010 U.S. LEXIS 2775.

March 29, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Fourth Circuit denied.

Same case below, 349 Fed. Appx. 835.

No. 09-8967. Trinidad Marquez Hamilton, aka Jeanne Dozier, Petitioner v. United States.

559 U.S. 1041, 130 S. Ct. 2072, 176 L. Ed. 2d 422, 2010 U.S. LEXIS 2827.

March 29, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Eleventh Circuit denied.

No. 09-8977. Tyrone Owens, Jr., Petitioner v. United States.

559 U.S. 1041, 130 S. Ct. 2072, 176 L. Ed. 2d 422, 2010 U.S. LEXIS 2836.

March 29, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Eleventh Circuit denied.

No. 09-8987. Charles Lee Armstrong, Petitioner v. L. E. Scribner, Warden.

559 U.S. 1041, 130 S. Ct. 2072, 176 L. Ed. 2d 422, 2010 U.S. LEXIS 2854.

March 29, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Ninth Circuit denied.

No. 09-9016. Haywood Thomas, Petitioner v. United States.

559 U.S. 1041, 130 S. Ct. 2072, 176 L. Ed. 2d 422, 2010 U.S. LEXIS 2759.

March 29, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Eleventh Circuit denied.

No. 09-9053. Brian Lee Deneui, Petitioner v. South Dakota.

559 U.S. 1041, 130 S. Ct. 2072, 176 L. Ed. 2d 422, 2010 U.S. LEXIS 2797.

March 29, 2010. Petition for writ of certiorari to the Supreme Court of South Dakota denied.

Same case below, 775 N.W.2d 221.

No. 09-9078. Bill Marquardt, Petitioner v. Wisconsin.

559 U.S. 1041, 130 S. Ct. 2073, 176 L. Ed. 2d 422, 2010 U.S. LEXIS 2824.

March 29, 2010. Petition for writ of certiorari to the Court of Appeals of Wisconsin, District III, denied.

Same case below, 322 Wis. 2d 574, 776 N.W.2d 288.